**Fill in this information to identify the case:**

Debtor name          **Premier Datacom, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **25-10097**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Texas Capital Bank** | **checking** | **4812** | $559.69 |
| 3.2. | **Texas Capital Bank** | **checking** | **4820** | $1,352.51 |
| 3.3. | **Texas Capital Bank** | **checking** | **4828** | $322.79 |
| 3.4. | **Frost Bank** | **checking** | **665** | $85.62 |
| 3.5. | **Frost Bank** | **checking** | **673** | $0.00 |
| 3.6. | **Frost Bank** | **checking** | **703** | $17.92 |

| Debtor | **Premier Datacom, Inc.** | | Case number *(If known)* **25-10097** |
|---|---|---|---|
| | Name | | |

| | 3.7. | **Bank of America** | checking | 0799 | $0.00 |
|---|---|---|---|---|---|

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**          **$2,338.53**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

         8.1. **9411 Neils Thompson Drive, Austin, TX 78758 - Lease deposit**      **$9,991.49**

**9.**      **Total of Part 2.**          **$9,991.49**

         Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

     11a. 90 days old or less:      **481,013.64**    -    **0.00**   = ....    **$481,013.64**
         face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:      **214,121.93**    -    **0.00**   =....    **$214,121.93**
         face amount          doubtful or uncollectible accounts

**12.**      **Total of Part 3.**          **$695,135.57**

         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Debtor  **Premier Datacom, Inc.**                                            Case number *(If known)*  **25-10097**
         Name

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** warehouse inventory | | $157,256.00 | indust knowledge | $157,256.00 |

23.  **Total of Part 5.**                                                                                     $157,256.00

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Office furniture | $24,000.00 | Recent cost | $24,000.00 |
| 40.  **Office fixtures** Office fixtures | $24,000.00 | Recent cost | $24,000.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Testing equipment | $50,000.00 | Recent cost | $50,000.00 |

| Debtor | **Premier Datacom, Inc.** | Case number *(If known)* **25-10097** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$98,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Toyota Tundra VIN 4539** | **$39,046.00** | **Kelly Blue Book** | **$39,046.00** |
| 47.2.  **2018 Toyota Tundra VIN 8378** | **$32,082.00** | **Kelly Blue Book** | **$32,082.00** |
| 47.3.  **2018 Toyota Tundra VIN 8194** | **$32,082.00** | **Kelly Blue Book** | **$32,082.00** |
| 47.4.  **2018 Toyota Tundra VIN 8192** | **$32,082.00** | **Kelly Blue Book** | **$32,082.00** |
| 47.5.  **2021 Nissan Titan VIN 7362** | **$29,914.00** | **Kelly Blue Book** | **Unknown** |
| 47.6.  **2021 Nissan Titan VIN 6538** | **$29,914.00** | **Kelly Blue Book** | **Unknown** |
| 47.7.  **2019 Toyota Tundra VIN 7496** | **$34,982.00** | **Kelly Blue Book** | **Unknown** |
| 47.8.  **2018 Nissan Titan VIN 0116** | **$22,237.00** | **Kelly Blue Book** | **Unknown** |
| 47.9.  **2021 Toyota Tundra VIN 9399** | **$32,082.00** | **Kelly Blue Book** | **$32,082.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Premier Datacom, Inc.** | Case number *(If known)* **25-10097** |
|---|---|---|
| | Name | |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$167,374.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **9411 Neils Thompson Rd., Austin, TX 78758** | Lease | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**domain: www.premier-datacom.com** | $0.00 | | Unknown |

| Debtor | **Premier Datacom, Inc.** | Case number *(If known)* **25-10097** |
|---|---|---|
| | Name | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Premier Datacom, Inc.** | Case number *(If known)* | **25-10097** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,338.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,991.49 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $695,135.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $157,256.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $98,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $167,374.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +   $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,130,095.59 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,130,095.59 |

**Fill in this information to identify the case:**

Debtor name **Premier Datacom, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **25-10097**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Alpha Capital Solutions**
Creditor's Name

Describe debtor's property that is subject to a lien
**accounts receivable**

Amount of claim: **$203,337.83** | Value of collateral: **Unknown**

**6550 Congress Avenue**
**Boca Raton, FL 33487**
Creditor's mailing address

Describe the lien
**Merchant Cash Advance Agreement**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**9/5/2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**2.2 Arsenal**
Creditor's Name

Describe debtor's property that is subject to a lien
**accounts receivable**

Amount of claim: **$142,615.90** | Value of collateral: **Unknown**

**1250 E. Hallandale Beach Blvd.**
**Hallandale, FL 33009**
Creditor's mailing address

Describe the lien
**Merchant Cash Advance Agreement**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**9/9/2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor   **Premier Datacom, Inc.**
_____
Name

Case number (if known)   **25-10097**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Bayfirst/First Home** | | | **$108,093.35** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**700 Central Ave**
**Mail Code 206**
**Saint Petersburg, FL 33701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/14/2017**
**Last 4 digits of account number**
**5010**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**all assets**

**Describe the lien**
**UCC financing statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BMT Capital** | | | **$35,679.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**492 Cedar Lane**
**Ste. 535**
**Teaneck, NJ 07666**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/14/2024**
**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**accounts receivable**

**Describe the lien**
**Merchant Cash Advance Agreement**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **BMT Capital** | | | **$271,425.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**c/o Isaac Greenfield**
**2 Executive Blvd.**
**Suffern, NY 10901**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**account receivable**

**Describe the lien**
**Merchant Cash Advance Agreement**
**Is the creditor an insider or related party?**
☐ No

---

| Debtor | **Premier Datacom, Inc.** | Case number (if known) | **25-10097** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**9/20/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Five Star Bank** | Describe debtor's property that is subject to a lien | $210,420.27 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3100 Zinfandel Drive
Ste. 650
Rancho Cordova, CA 95670**

Creditor's mailing address

all assets

**Describe the lien**

**UCC financing statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**10/30/2019**

**Last 4 digits of account number**

**7003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Marlin Lease Service-Peak Solutions** | Describe debtor's property that is subject to a lien | $3,253.59 | Unknown |
|---|---|---|---|---|

Creditor's Name

**300 Fellowship Rd
4003, NJ 08054**

Creditor's mailing address

**Describe the lien**

**UCC financing statement/title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**4/13/2023**

**Last 4 digits of account number**

**4003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| Debtor | **Premier Datacom, Inc.** | Case number (if known) | **25-10097** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Marlin Lease Service-Peak Solutions** | Describe debtor's property that is subject to a lien | $47,247.91 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 637
Mount Laurel, NJ 08054**

Creditor's mailing address

**2021 Nissan Titan VIN 6538 and 7362**

**Describe the lien**

**UCC financing statement/title**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2/10/2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4002**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Toyota Financial** | Describe debtor's property that is subject to a lien | $27,205.85 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 8026
Cedar Rapids, IA 52409**

Creditor's mailing address

**2019 Toyota Tundra VIN 5852**

**Describe the lien**

**loan and security agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**4/17/2023**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5852**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Toyota Financial** | Describe debtor's property that is subject to a lien | $27,175.66 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 8026
Cedar Rapids, IA 52409**

Creditor's mailing address

**2018 Nissan Titan VIN 6862**

**Describe the lien**

**loan and security agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**4/17/2023**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **Premier Datacom, Inc.** | | Case number (if known) | **25-10097** |
|---|---|---|---|---|
| | Name | | | |

**6862**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $156,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Little Rock Commercial Loan Servicing Ct
2120 Riverfront Drive
Little Rock, AR 72202**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**8/15/2023**

**Last 4 digits of account number**

**7407**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**all assets**

**Describe the lien**

**UCC financing statement**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,232,454.36 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Premier Datacom, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **25-10097**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Charles Brooks**<br>**9411 Neils Thompson Dr.**<br>**Austin, TX 78758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,542.71** | **$4,936.00** |
|  | Date or dates debt was incurred<br>**11/8/2024** | Basis for the claim:<br>**back pay** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Glenn Ryan Willis**<br>**9411 Neils Thompson Dr.**<br>**Austin, TX 78758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,446.45** | **$4,640.00** |
|  | Date or dates debt was incurred<br>**11/8/2024** | Basis for the claim:<br>**back pay** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Premier Datacom, Inc.** | Case number (if known) | **25-10097** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$4,943.67** | **$1,849.00** |
|---|---|---|---|---|---|

**Jess Rest**
**9411 Neils Thompson Dr.**
**Austin, TX 78758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/8/2024**

Basis for the claim:
**back pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | **$2,008.52** | **$0.00** |
|---|---|---|---|---|

**Maria Brooks**
**9411 Neils Thompson Dr.**
**Austin, TX 78758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/13/2025 to 1/31/2025**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | **$2,002.21** | **$2,002.21** |
|---|---|---|---|---|

**Riley Willis**
**9411 Neils Thompson Dr.**
**Austin, TX 78758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/8/2024**

Basis for the claim:
**back pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$49,822.21** |

As of the petition filing date, the claim is: *Check all that apply.*

**AccuTech**
**PO Box 840781**
**Ste. 100**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | **$22,353.66** |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Premier Datacom, Inc. | Case number (if known) | 25-10097 |
|---|---|---|---|
| | Name | | |

---

**3.3**

**Nonpriority creditor's name and mailing address**

**American Express, Amazon**
PO Box 981535
El Paso, TX 79998

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** credit card

Is the claim subject to offset? ■ No ☐ Yes

**$25,279.99**

---

**3.4**

**Nonpriority creditor's name and mailing address**

**American Express, Platinum**
PO Box 981535
El Paso, TX 79998

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card

Is the claim subject to offset? ■ No ☐ Yes

**$10,345.61**

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Bank of America**
100 N Tyron Street
Charlotte, NC 28255

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** credit card

Is the claim subject to offset? ■ No ☐ Yes

**$11,652.83**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Blue Cross Blue Shield**
1001 E Lookout Drive
Richardson, TX 75082

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** health insurance

Is the claim subject to offset? ■ No ☐ Yes

**$6,563.96**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Charles Brooks**
9411 Neils Thompson Dr.
Austin, TX 78758

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

**$208,133.72**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**CSC - Communication Supply Corp**
2301 Patriot Blvd.
Glenview, IL 60026

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$32,000.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Felix Media**
3601 S Congress Ave
Ste. H200
Austin, TX 78704

Date(s) debt was incurred  8/31/2024

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$17,471.87**

---

| Debtor | **Premier Datacom, Inc.** | Case number (if known) | **25-10097** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,157.37**

Glenn Ryan Willis
9411 Neils Thompson Dr
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **loan to company**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,165.55**

Home Depot Credit Services
PO Box 790340
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,473.62**

ICS - Integrated Cable Systems
10430 Gulfdale Street
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2024**

Basis for the claim:  **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,075.00**

Jess Rest
9411 Neils Thompson Rd
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **loan**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,077.56**

On Deck
1400 Broadway
New York, NY 10018

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **credit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,166.53**

Paylocity
1400 American Lane
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **payroll processor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,549.65**

Plexe
6295 Greenwood Plaza Blvd.
Ste 100
Englewood, CO 80111

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **credit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Premier Datacom, Inc. | | Case number (if known) | 25-10097 |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$579,350.00**

**Premier Data Solutions**
**1801 East 51st Street**
**Austin, TX 78723**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237,081.76**

**Rexel**
**14951 Dallas Parkway**
**Dallas, TX 75254**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**RFE Communications**
**6210 Belt Line Rd**
**Ste 180**
**Irving, TX 75063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  material vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,650.00**

**SBFS Rapid Finance**
**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  credit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Surancy Cobra**
**PO Box 7330**
**Overland Park, KS 66207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  health insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,877.09**

**Texas Comptroller of Public Accounts**
**Lyndon B. Johnson State Office Building**
**111 East 7th Street**
**Austin, TX 78774**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  sales tax

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,087.09**

**Toyota of North Austin**
**8400 Research Blvd.**
**Austin, TX 78758**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  truck repairs

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Premier Datacom, Inc.** | Case number (if known) | **25-10097** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**U.S. Bank Card**
**100 Wall Street, Suite 600**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,905.49 |
|---|---|---|---|

**WEX Exxon Mobil**
**PO Box 639**
**Portland, ME 04101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __gas card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 34,943.56 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,546,540.56 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 5c. | $ 1,581,484.12 |

**Fill in this information to identify the case:**

Debtor name  **Premier Datacom, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **25-10097**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Insurance** | |
| State the term remaining — **ongoing** | |
| List the contract number of any government contract | **Aflac**<br>**1932 Wynnon Road**<br>**Columbus, GA 31999** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **contract for data cabling services** | |
| State the term remaining — **ongoing** | |
| List the contract number of any government contract | **Aquilla Commercial**<br>**924 East 7th Street**<br>**Austin, TX 78702** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **contract for data cabling services** | |
| State the term remaining — **ongoing** | |
| List the contract number of any government contract | **Austin Oaks**<br>**3636 Executive Center Dr.**<br>**Austin, TX 78731** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Insurance** | |
| State the term remaining | |
| List the contract number of any government contract | **BCBS of Texas**<br>**1001 E Lookout Drive**<br>**Richardson, TX 75082** |

| Debtor 1 | **Premier Datacom, Inc.** | | | Case number *(if known)* | **25-10097** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **Burton Construction**<br>**5918 West Courtyard Dr.**<br>**Austin, TX 78730** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **City of Hutto**<br>**500 West Live Oak Street**<br>**Hutto, TX 78634** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor for AV services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Felix Media**<br>**3601 S. Congress Ave., #H200**<br>**Austin, TX 78704** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **Grocery TV**<br>**1201 East 4th Street**<br>**Austin, TX 78702** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **IE2 Construction**<br>**2205 W. Braker Ln.**<br>**Austin, TX 78758** |

| Debtor 1 | **Premier Datacom, Inc.** | | Case number (*if known*) | **25-10097** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **IterSource** |
| | List the contract number of any government contract | | **9650 New Decade Drive** |
| | | | **Pasadena, TX 77507** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **tax services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Jorns & Associates** |
| | List the contract number of any government contract | | **301 N. Saint Frances St.** |
| | | | **Wichita, KS 67202** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Actual project address** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Jupiter Power** |
| | List the contract number of any government contract | | **1211 E. 4th Street** |
| | | | **Ste. 120** |
| | | | **Austin, TX 78702** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **9/30/2025** | **Neils Thompson Ltd.** |
| | List the contract number of any government contract | | **c/o Route Service Center** |
| | | | **404 West Powell Ln, Ste 202** |
| | | | **Austin, TX 78753** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Novo Construction** |
| | List the contract number of any government contract | | **4655 Mueller Blvd.** |
| | | | **Austin, TX 78723** |

| Debtor 1 | **Premier Datacom, Inc.** | | Case number *(if known)* | **25-10097** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

contract for access control services

State the term remaining

ongoing

List the contract number of any government contract

**Novo Construction
4655 Mueller Blvd.
Austin, TX 78723**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

contract for security cameras

State the term remaining

ongoing

List the contract number of any government contract

**Nutrabullet
332 Grace Lane
Austin, TX 78746**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

Contract for data cabling services

State the term remaining

List the contract number of any government contract

**Pillsbury Winthrop Shaw Pittman LLP
401 Congress Ave.
Suite 1700
Austin, TX 78701**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

Insurance

State the term remaining

List the contract number of any government contract

**Polutions Liability
Accelerant
14221 Dallas Pkwy, Suite 700
Dallas, TX 75254**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

Insurance

State the term remaining

List the contract number of any government contract

**Principal Insurance
PO Box 10357
Des Moines, IA 50306**

---

| Debtor 1 | **Premier Datacom, Inc.** | | Case number *(if known)* | **25-10097** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **PTS Wired** |
| | List the contract number of any government contract | | **2623 Keene Street** **Houston, TX 77009** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Qualia** |
| | List the contract number of any government contract | | **1401 East 6th Street** **Austin, TX 78702** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **material vendor** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **RFE Communications** **6210 Belt Line Rd.** |
| | List the contract number of any government contract | | **Ste. 180** **Irving, TX 75063** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **internet/two phone lines** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Spectrum** |
| | List the contract number of any government contract | | **12405 Powersourt Drive** **Saint Louis, MO 63131** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services/access control services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **STR Constructors** **5605 East 51st Street** |
| | List the contract number of any government contract | | **Austin, TX 78723** |

| Debtor 1 | **Premier Datacom, Inc.** | | Case number *(if known)* | **25-10097** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Surency COBA**<br>**PO Box 7330**<br>**Shawnee Mission, KS 66207** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **T3 ATX Hines**<br>**1201 East 4th Street**<br>**Austin, TX 78702** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **maintenance agreement** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **Teacher Retirement Services**<br>**4655 Mueller Blvd.**<br>**Austin, TX 78723** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Installation Floater Policy** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | |
| | List the contract number of any government contract | | **Travelers**<br>**One Tower Square**<br>**Hartford, CT 06183** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | |
| | List the contract number of any government contract | | **Travelers Auto**<br>**One Tower Square**<br>**Hartford, CT 06183** |

| Debtor 1 | **Premier Datacom, Inc.** | | Case number (*if known*) | **25-10097** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Travelers Umbrella** |
| | List the contract number of any government contract | | **One Tower Square** **Hartford, CT 06183** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Travelers WC/GL** |
| | List the contract number of any government contract | | **One Tower Square** **Hartford, CT 06183** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Travlers Commercial Property** |
| | List the contract number of any government contract | | **One Tower Square** **Hartford, CT 06183** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **phone** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Verizon** **500 Technology Dr.** |
| | List the contract number of any government contract | | **Ste. 550** **Weldon Spring, MO 63340** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **contract for data cabling services** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **White Oak Apartments** |
| | List the contract number of any government contract | | **2623 Keene Street** **Houston, TX 77009** |